UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Stephen C. Hudson, Sr.,

          Plaintiff,

v.

The City of Brooklyn Park and
Brooklyn Park Police Department,

          Defendants.

Civil No. 15-cv-0420 (PJS/TNL)

**ORDER**

---

Stephen C. Hudson, Sr., 8700 Stratford Crossing, Brooklyn Park, MN 55443 (pro se Plaintiff);

Jana M. O'Leary Sullivan, League of Minnesota Cities, 145 University Avenue West, St. Paul, MN 55103 (for Defendant).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 3, 2015 (ECF No. 43), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Partial Summary Judgment (ECF No. 9) and Plaintiff's Motion for Summary Judgment (ECF No. 17) are **DENIED.**

Date: August 26, 2015

          s/Patrick J. Schiltz
          The Patrick J. Schiltz
          United States District Court Judge
          for the District of Minnesota