UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Stephen C. Hudson, Sr., | Court File No. 15-cv-420 (PJS/TNL) |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF JANA O'LEARY SULLIVAN** |
| City of Brooklyn Park Brooklyn Park Police Department, | |
| Defendant. | |

---

STATE OF MINNESOTA   )
                     )ss.
COUNTY OF RAMSEY     )

Jana O'Leary Sullivan, being first duly sworn on oath, deposes and states:

1. I am the attorney representing Defendant in the above-entitled matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of Brooklyn Park Police Report, 6/6/14 incident.

3. Attached hereto as Exhibit 2 is a true and correct copy of Potentially Dangerous Dog Appeal, 6/6/14 incident.

4. Attached hereto as Exhibit 3 is a true and correct copy of Letter Opposing Appeal, 6/12/14.

5. Attached hereto as Exhibit 4 Letter from City Granting Owner's Appeal, 6/6/14 incident.

6. Attached hereto as Exhibit 5 is a true and correct copy of Brooklyn Park Police Report, 1/1/15 incident.

7. Attached hereto as Exhibit 6 is a true and correct copy of Global Subject Activity Report ("rap sheet").

8. Attached hereto as Exhibit 7 is a true and correct copy of Correspondence between Plaintiff and City regarding data.

9. Attached hereto as Exhibit 8 is a true and correct copy of Dog Bite Statistics.

10. Attached hereto as Exhibit 9 is a true and correct copy of Brooklyn Park Police Report, 9/12/15 incident.

                                            s/ Jana O'Leary Sullivan
                                            Jana O'Leary Sullivan

Subscribed and sworn to before me
this 20th day of October, 2015.

s/ Susan H. Chilcott
Notary Public, State of Minnesota
My Commission Expires 1/31/2020
[SEAL]