

# Brooklyn Park Police Department
## Summary



| | | |
|---|---|---|
| **Print Date/Time:** | 02/12/2015 08:49 | Brooklyn Park Police Department |
| **Login ID:** | lorelel | **ORI Number:** MN0270300 |
| **Case Number:** | 2014-00027079 | |

Ex 1

## Case

| | | | |
|---|---|---|---|
| **Case Number:** | 2014-00027079 | **Incident Type:** | Animal-Complaints |
| **Location:** | 2524 87TH TRL N | **Occurred From:** | 06/06/2014 20:34 |
| | BROOKLYN PARK, | **Occurred Thru:** | 06/06/2014 20:34 |
| | MN 55443 | **Disposition:** | Case Closed |
| **Reporting Officer ID:** | 6040 - Moinichen | **Disposition Date:** | 06/20/2014 |
| | | **Reported Date:** | 06/06/2014 20:34 Friday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Mentioned | 1 | LEHMAN, LORI ANN | 2524 87TH TRL N | | White | Female | |
| | | | BROOKLYN PARK, MN 55443 | | | | |
| Owner of Property | 1 | DRESSEL, JESSICA GEORGINA | 2532 87TH TRL N | | White | Female | |
| | | | BROOKLYN PARK, MN 55443 | | | | |
| Reporting Party | 1 | HUDSON, STEPHEN CHRISTOPHER | 8700 STRATFORD XING N | (763)203-9710 | Black | Male | |
| | | | BROOKLYN PARK, MN 55443 | | | | 50 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

Case Number: 2014-00027079. ORI: MN0270300.

## 001-SUMMARY  6040  06/06/14

Animal complaint, dog barking at male party and ran toward him while on the bike path.

## 002-ORIGINAL REPORT  6040  06/06/14

On 6.6.2014 I, Community Service Officer R. Moinichen 6040, was advised by Officer White #223 via a message that a male party at the address of 8700 Stratford Crossing wanted to file a report that a dog attacked him while he was on the walking path near 2524 87th Trail N.

I arrived at the address of 8700 Stratford Crossing at 2042 hours and made contact with a male party who verbally identified as Hudson, Stephen Christopher         Hudson advised that at about 1943 hours he was walking west bound on a paved walking path that is just north of the houses along 87th Trail N. He advised that as he was walking past 2524 87th Trail N a dog, that he described as a silver/gray dog, possibly a Weimaraner breed, came running off the deck and charged towards him barking very aggressively and loud. He advised that the dog stopped about six inches from his person and continued to bark. Hudson advised that the dogs' muscles appeared to be tensed and he was in great fear that the dog was going to attack him. Hudson also explained that if he would have had an object in his hand that would most likely would have struck the dog with the object because he was truly afraid that the dog was going to attack him.

I asked Hudson if the dog did at any point harm him or make contact with him but Hudson advised that the dog only barked at him. He continue to advise that as the dog continued barking at him for about three to four seconds he yelled to the owners of the dog sitting on the deck, "Come get your fucking dog." Hudson advised at that point a female party stood up and started calling the dog by its name and the dog retreated back to the deck. Hudson advised that the female party told him, "Don not worry that the dog is all bark and she will not bite you, you'll be fine." Hudson advised that he continued walking west bound on the trail and returned home. After being home for a little while he felt that the incident needed to be report and he went to the police department and that is when he made contact with Officer White.

I did explain to Hudson that the behavior he described to me sounds like the dog meets the definition of a potentially dangerous dog. I explained to Hudson that I would speak with the animal owner and I would advise him the outcome after I speak with them. I made contact with the home owner at 2524 87th Tr N and I asked if she was aware of an incident involving her dog, but she advised that the dog belonged to her neighbor who lives next door to the west. She advised the dog was over when the neighbor was over for dinner. I asked if she witness the event that happened tonight and she advised, yes.

The female, later identified as Lehman, Lori Ann         advised that the dog ran off her deck and ran towards a male party that was walking on the path. The dog was barking at the male but the dog never left the property.

I then made contact with Hudson via the phone and asked him to clarify where the dog was standing during the incident. Hudson advised that the dog got within six inches from his person but only the two front paws were on the pavement. He advised the rest of the dog was in the grassy area but because of the easement the dog was not on its property.

I then made contact with the dog owner at 2532 87th Tr N who was identified as Dressel, Jessica Georgina          . I asked Dressel if she owns a dog and was aware of an incident that occurred earlier tonight and she replied, yes. Dressel advised that she was over having dinner at her neighbor's house, Lehman, and she had her dog, Dixie with her. They were sitting on the deck in the back yard around 1930 hours. There was a black male walking west bound on the trail that runs along the back property line. As the male was walking and was almost to the border line of 2524 87th Tr N and 2532 87th Tr N,

her dog, Dixie ran down the stairs barking at the male. She advised that Dixie did run towards the male barking but the dog did not leave the property and when she called the dog back it came back right away and returned to the deck. When I met Dressel at the front door, the main door was opened and the screen dog was shut but the window was opened. When I knocked on the door I did hear a loud bark coming from inside the house. The dog matching the description given by Hudson ran up to the screen door and was barking very loudly. When the female opened the door the dog came outside and continued to bark for the matter of seconds. After the dog was able to smell my hand she ran off and played in the front yard as if I was not there.

I explained to Dressel that someone reported the dog charging after them as they were walking on the path behind the house and the person was afraid the dog was going to attack. Dressel advised she could fully understand how someone would have been afraid with her dog charging towards them but her dog, who was invited over to the neighbor's house and spends a lot of time over there playing with the Lehman's dog, never left the property and never harmed the male party Hudson ran by the houses. Dressel and I walked into the back yard and she pointed out where her dog ran to and where she saw her dog stop, which was just before the edge of the property line and the walking path.

I explained to Dressel the definition of what a potentially dangerous dog is by city ordinance but a dog has to leave the property in order to violate this part of the ordinance. I advised her that the male party advised the dogs two from feet were on the path when the dog charged him.

I explained to both parties, Dressel in person and Hudson via the phone, that I needed to talk this incident over with my supervisor on Monday to make sure I have a full and correct understanding. I explained to both parties that I or another member of the department will be contacting them on Monday after I speak with my supervisor.

This case remains open for follow up.

CSO Moinichen 6040/1597

Case Number: 2014-0027079. ORI: MN0270300.

## 004-SUPPLEMENT 6205 6/10/14

On 06-10-2014, I, Cadet Jannett went to 2532 87th Trail N to meet with Jessica Dressel and drop off the potentially dangerous dog paper work at the request of CSO Moinichen.      When I met with Dressel, she was shocked that we were proceeding with the potentially dangerous dog route.      Dressel made it clear that her dog never left the property and that the reporting party did this because of previous neighbor issues.    Dressel stated that the reporting party has interacted with her dog before and he knows that is what she does, which is why he didn't run when Dixie ran towards him.    Dressel also said that she has a witness that Dixie did not leave the property.      Dressel said she feels this should be a barking dog complaint, not a potentially dangerous dog complaint because her dog never stepped foot off the property.

While I was at the residence, I interacted with Dixie.    Dixie barked when I came to the door, once she sniffed my leg and my hand, she walked away and laid down in the dining area.    Before I left the residence, Dressel showed me all of the commands that Dixie knows. These commands include: Sit, lay down, shake, high 5, bird on a perch and roll over.    I was able to kneel down and be eye level with Dixie while petting her and she did not show any signs of aggression at any point that I was at the home.

The paperwork I gave to Dressel included Dangerous/potentially dangerous dog registration, An appeal form, a list of documents that must be turned into the police department if the appeal is denied and papers that explain state statutes regarding potentially dangerous dogs.

I explained the appeal process and informed Dressel that she had 7 days from today to turn in that form. She said she will try to have it turned in tomorrow.

Dressel said that Dixie is spayed and that she does not have a microchip.    Dressel said she should be able to get Dixie registered with the city by the end of this week.      I informed Dressel that she does not need to meet the requirements of the potentially dangerous dog category until after the decision of the appeal.

I gave Dressel my contact information and CSO Moinichen's contact information and I urged her to contact us if she has any questions.

No further action taken.

Cadet Jannett 6205/1595

## 005-SUPPLEMENT  6202  06/23/14

14-027079
SUPPLEMENT:

On 06-23-2014, I, Cadet Jannett 6205 delivered a letter to Jessica Dressel from CSO Kimsey stating that her appeal has been approved and that her dog, Dixie, was not considered a potentially dangerous dog by the city of Brooklyn Park.    I explained that she did not need to meet the terms set forth for animals that are considered to be potentially dangerous by the city of Brooklyn Park.    Dressel thanked me and said she understood.

This case can be closed.

Cadet Jannett 6205/1597

Case Number: 2014-00027079. ORI: MN0270300.

## SUPPLEMENT 190 09/05/2014

I, Officer Dickman #190, while conducting further follow up on this case had received information of a dispute/disturbance between Dave Dressel and Stephen Hudson that occurred at Festival Foods.  Based and this information and it possibly turning into a neighbor dispute as both parties live only a couple houses apart, I went out and spoke with both individuals.

I first spoke with Dave Dressel about this original incident and what measures have been done to prevent any further incidents.   Dressel stated the following.

- They always have the invisible fence for Dixie active now
- They have an invisible fence since the association will not let them have an actual fence.
- They have been made aware of the leash ordinance and anytime they take Dixie off their property she is on a leash at all times.
- They will also start taking the dog the go to the bathroom out front as well
- If the see Hudson walking on the path and Dixie is outside, they will bring her inside to prevent any confrontation.
- Dixie is now registered with the city of Brooklyn Park.

While speaking with Dressel did express some concerns about Hudson based on recent behaviors. he stated the following.

- Hudson on two separate occasions has walked by their house on the path 5-6 times a day.
- He believes Hudson is doing so to try and provoke another incident with Dixie
- Hudson is trying to get Dixie labeled dangerous and have her put down.
- His neighbor's dog got sick with in the last week and when his neighbors took their dog to the vet, the vet believed the dog may have been poisoned.
- He is concerned Hudson might try and poison Dixie.
- Hudson has swore at his 16 year old son when he was playing with Dixie in the neighborhood park

I advised Dressel that I would be speaking with Hudson and try to find some common ground to avoid any further problems.   Dressel was advised that if there were any further incidents he could contact me and I could help resolve and mediation the situation.

I did bring up the incident that happened at Festival Foods where he talked to Hudson about the dog issue and Hudson felt he was treated disrespectful.   Dressel was advised that in the future to avoid any contact with Hudson.

I then went and spoke with Hudson.  He stated the following

- He felt it was a dog attack against him even though he was not physically harmed.
- One of his main concerns was that the dog attacked him when Dressel was at a neighbors house.

- He felt that was a contributing factor since there was less control over the dog.
- He is aware they have an invisible fense
- He is ok with walking on the path when Dixie is out and even if Dixie barks at him as long as Dixie doesn't come off Dressel's property.
- He can walk on the far side of the path, away from Dressel's property.
- He was confronted by Dressel at festival foods and he didn't appreciate how he handled it.
- He does not want to be attacked again and will take precautions to protect himself from further incidents.

I advised Hudson that I had already spoke with Dressel and that he had taken several precautions to avoid any further problems. I advised Hudson that since Dressel had made efforts to help the situation that if he could walk the other direction on the path and not in front of Dressel's house for a while that it would help out as well. I also advised Hudson that Dressel was instructed to avoid contact with him and that he should do the same. I provide Hudson with my card and advised him that if Dressel does contact him or if there are any further incidents to let me know.

No Further Acton Taken

Officer A. Dickman #190



# Brooklyn Park Police Department

## Summary



**Print Date/Time:** 02/12/2015 08:49
**Login ID:** lorelei
**Case Number:** 2014-00027079

Brooklyn Park Police Department
**ORI Number:** MN0270300

**Routing:**

Brooklyn Park Police Department
5400 85th Ave North
Brooklyn Park, MN 55443
Phone: 763.493.8222
Fax: 763.493.8393

Ex. 2



# Potentially dangerous and dangerous dog appeal form

### *(MUST BE SUBMITTED WITHIN 7 DAYS FROM THE DATE OF INCIDENT)*

Case number: 14-027079        Date of incident: 6 / 6 / 14

Name: JESSICA DRESSER

Address: 2532 87TH TRAIL N

Primary phone number: ____ ____ _____ (Cell/Home/Work)

Secondary phone number: ____/____/_____ (Cell/Home/Work)

Animal information:

Breed: WEIMARANER        Sex: F        Age: 1.5 yrs

In the space below describe/provide reasons why you feel that your animal should not be declared a potentially dangerous or dangerous dog.
(You may attach extra sheets if needed and any documents you have to defend your case)

Also please reference police case. # 2014-00028062

SCANNED

6/9/14                                                    14-027079

Where do I begin? How about if I begin this appeal by defining the word dangerous." As defined it reads: "able or likely to cause harm or injury." Well, by that definition, then I guess you could call a hammer dangerous as it is "able or likely to cause harm or injury."

In the case of a dangerous hammer; hammering a nail, making a loud noise, is not dangerous. Hitting you finger, causing damage with the hammer, makes it a dangerous hammer.

In the case of a dangerous dog; barking and smelling is not dangerous. Biting, chasing or clawing at people would make a dog dangerous. Loud barking does not make a dog dangerous.

My task at hand is to convince the City of Brooklyn Park's Police Department, that our 1.5 year old Weimaraner, Dixie Mae, in not a dangerous dog. This is to me, an obvious conclusion and I have listed below factual evidence to prove this. Dixie is indeed a loveable, social, well-adjusted family dog and NOT a danger to anyone.

- First and foremost, Dixie has never bit anyone, ever.
- Dixie has been socialized in daycare and with many dogs, her whole life.
- She attends doggy daycare on a regular basis. On average 1-2 times per week.
- I have included a personal letter from our neighbors to substantiate her demeanor.
- I have included a personal letter from her daycare. Clearly a reliable resource as they are exposed to many dog breeds and owners alike.
- Upon the initial visit from the officers on June 6, 2014, they personally witnessed the initial "warning" barking then saw firsthand her calm demeanor. No aggression to the officers, at all.
- We live on a lively walking path and Stratford Park. Hundreds of people use this Hennepin County path and park each day. There are children playing, people running, bikers, families and people walking pets. How many other complaints have you received? None.
- Here are just a few of the YouTube links where you can personally view how our dog interacts with other dogs. No aggressive behavior, no issues.
  - Training Camp
  - The Egg
  - Hold on tight!
  - Playing...
  - Happy Tail PetCamp = Find many more videos here.
- Lastly, the most recent officer who visited us. She too witnessed the initial "someone new is here bark," sniffed the officer then sat on the carpet and almost fell asleep. No aggressive behavior because she is not an aggressive dog.

SCANNED

*14-027079*

We do acknowledge that Dixie has anxiety. Her breed in general, is a high anxiety breed and we work with her on this to help reduce her stress. It is the opinion of her veterinarian, that her loud, alterative bark is characteristic of her breed and instigated by her own fears. It's basically just a warning for those around her. She barks at things she does not recognize or know. Once she realizes there is no threat, her anxiety diminishes. I would like to point out; anxiety and aggression are two completely different things. Dixie may have anxiety, but that does not make her dangerous.

As with most dogs, they are going to protect their family. The Weimaraner breed is known for their loyalty, devotion to family and pack instinct. Dixie is no different. An excellent guard dog, she will alert us to anyone who may be a potential intruder. So, upon initial exposure, her loud bark and general posture is as intended, a warning that she is going to protect her family. This action does not make her a dangerous dog.

I believe the key to this issue is that Dixie did not bite, did not scratch, did not leave the yard or attack Mr. Hudson. While Dixie is a very vocal dog, she is neither aggressive nor dangerous. Dixie was not out in the yard unattended and Mr. Hudson, at no time was in any danger and I in fact, did verbalize that to him. I told him, "Sorry, she won't hurt you; she just has a very loud bark." The entire encounter lasted about a minute, if that. Then Mr. Hudson walked away without incident and Dixie came right back to me on the deck of our neighbor's house.

Lastly, I'd like to point out a few details that have followed this "dangerous dog" call to our police department. It's my understanding, that Mr. Hudson called the police department to report a dangerous dog that he was fearful of. So if Mr. Hudson, truly believes my dog is dangerous, and he fears for his safety, why would he continue to walk the same path, several times a day and expose himself to this dangerous animal? Does that make any logical sense? I can only assume he may be attempting to cause additional issues as there is an unfortunate history between us as neighbors. It is my opinion that Mr. Hudson is trying to instigate additional confrontations.

Where can I file harassment charges? We are now feeling as though Dixie can't be outside in our yard for if Mr. Hudson walks by and she barks, he may again call the police. I'm not sure at what point a barking dog is dangerous.

In conclusion, it is our hope this will be the end of this saga. We will continue to work with Dixie on her anxiety and pray that Mr. Hudson find another path to walk down or another family to cause problems for.

Respectfully,

Dave and Jessica Dressel

SCANNED

*14-027079*

June 10, 2014

To Whom It May Concern:

I am writing this letter on behalf of Dave and Jessica Dressel, neighbors of more than 16 years. Apparently there was a complaint against their young dog named Dixie. Dave and Jessica owned a golden lab for over 15 years before she had to be put down in her failing health. They trained and cared for their dog better than any dog owner we have known. A year ago they bought a new dog, a Weimaraner named Dixie. Dixie is a very sweet dog with lots of energy, as most young dogs are. Dave and Jessica are experienced dog owners and trainers. They know the limits of their dog and how to control her.   We have witnessed them working with Dixie frequently and have also witnessed Dixie's obedience to their voice commands.

An understanding of Weimaraners helps explain Dixie's high level of energy, incredible athleticism and loud bark. These factors, however, do not translate into danger. Dixie is very loyal to her owners and very loving to those that spend time with her. When she is outside, she loves to run around the yard and chase balls. She has a loud bark, but only occasionally uses it when something piques her instincts. This is another normal trait with this breed.   Because of her speed and occasional bark she may startle someone walking by, but she has never made contact with anyone and is very submissive and obedient to authority.

The night of the incident we witnessed one of our neighbors (who apparently filed the complaint) walking on the path and being startled by Dixie. Dixie, however, did not touch him or chase him. Rather, Dixie was on the edge of the yard, which is next to the path. Our neighbor appeared to be in a particularly foul mood as he yelled at Dixie. Jessica quickly retrieved Dixie to help put him at ease and was very calm even though our neighbor was not. We never perceived that Dixie was any danger to him, to us, to other children that routinely run back and forth on the path or anyone else. Dixie is a member of Dave and Jessica's loving family and far from dangerous to us or anyone else in our neighborhood.

Respectfully,

*Rich & Lori Lehman*

Rich and Lori Lehman
2524 87th Trail N
Brooklyn Park, MN 55443

SCANNED

14-027079

# HAPPY TAILS

June 11, 2014

To whom it may concern:

Dixie has been coming to Happy Tails for over 7 months. We not only feel that we can speak of her character accurately, additionally we can provide a professional assessment to her temperament.

Dixie is a 1 ½ year old Weimaraner with a very playful and sweet disposition. She has always played well with a mix of breeds, big and small. Since Dixie first day with us, she has demonstrated her exceptional tricks and training commands. We've never had any reason to think Dixie may be a threat to a staff member, nor another camper (dog).

We do not have hundreds of overnight rooms and we do book out often, however, if we were booked and Dixie's family needed a place for her, we would happily extend our personal home to Dixie as we know she would fit right in and she's just a sweet girl!

If you have any further questions, please feel free to contact us at 763.535.3333

Thank you for your time,

Tiffany Louks

6801 Winnetka Ave N. Brooklyn Park MN 55428      www.HappyTailsPetCamp.com

SCANNED

6/11/14

14-027079

at about 11 o'clock, I was in the middle of
my backyard playing lacrosse. I sat down
next to my dog, Dixie, to adjust my
stick. Then dixie looked at the path
and started barking. I immediately
said "Dixie!", and she stayed right by me.
The tall Black man said "you better get
that dog under control, or I'm going to
fucking kill it." I replied with nothing but
a face of discomfort. Next, my neighbor Lori
opened her deck screen and asked the man,
"What's going on out here?" he replied "Mind
your own business, it's not your family, it's
this one (pointing at my house)." He then
proceeded to walk away, glaring at me
very devilish like. I looked back, of course,
not going to loose a stare down. Once
he was gone, Lori offered me to come inside
for pancakes. I put dixie in their house,
and proceeded to eat wonderful pancakes.

**SCANNED**

14-027079



From: Lori Lehman liehmanhome@comcast.net
Subject: FW: Incident documentation
Date: June 13, 2014 at 2:50 PM
To: The Chosen One j.dressel@comcast.net
Cc: Lori Lehman liehmanhome@comcast.net

Rich added the last line (in blue).  You can decide if you want to keep that in there or not.

From: Lehman, Rich [mailto:rlehman@boulaygroup.com]
Sent: Friday, June 13, 2014 2:41 PM
To: Lori Lehman
Subject: RE: incident documentation



**Richard H. Lehman**, CPA
Partner

7500 Flying Cloud Drive, Suite 800
Minneapolis, MN 55344
T 952.893.3837 | F 952.841.2937 | Boulaygroup.com

rlehman@boulaygroup.com

Helping you get there...

From: Lori Lehman [mailto:liehmanhome@comcast.net]
Sent: Thursday, June 12, 2014 10:18 AM
To: Lehman, Rich
Subject: incident documentation

Based on the recent incidents that have been occurring with our neighbor, Steve Hudson, I
have been asked by my next door neighbor, Jessica Dressel, to document the incident I
observed today.  The kids had come home from their last day of school and I was making
breakfast for my son and 2 of his friends (one of which was Dylan Dressel).  I was in the
kitchen when I heard Dixie bark and a man yelling.  I immediately went outside and saw Dylan
sitting in the middle of his yard with Dixie sitting by his side.  Mr. Hudson was yelling at Dylan
so I asked him if there was a problem out here.  He looked at me and started yelling at me
about how "...he has no issue with me and to stay out of it.  His issue is with these people..."
The tone, however, was so violent I was intimidated to say anything else.  I was also so
shocked that he was screaming at me that I couldn't even respond.  Dylan, meanwhile,

SCANNED

June 12, 2014

Deputy Chief Todd Milburn
Brooklyn Park Police Department
5200 85th Ave. N.
Brooklyn Park, MN  5543

Ex 3

**RE: Case # 14-27079**

Chief Milburn:

My name is Steve Hudson.  I live at 8700 Stratford Crossing, Brooklyn Park.  I understand that the defending party in the case is planning on appealing the Potentially Dangerous Dog citation received.  The purpose of this correspondence is to provide additional clarity surrounding the case as well information regarding a similar incident that occurred on June 11, 2014.

State statute 347.50 Subd. 3 (2) provides support for a citation provided the offense occurred on public property or property not owned by the animal's owner.  The attack occurred on the property of a neighbor, in public space.  The dog was in the company of its owner, who was attending an event at the neighbor's home.  The attack occurred at the very edge of the neighbor's 'assumed' property.  Given the 3 ft. set-back city requirement on the path, the attack technically occurred on public property.

On June 11, 2014 at approximately 11:15am I was returning home on the path where the initial incident occurred.  I looked to ensure the dog was not in the defending party's back yard.  The only apparent presence was the party's teenage son (apparent).  Upon reaching the home next to the defending party, the dog suddenly appeared and attacked in a manner identical to the initial incident.  After informing the teenage boy that I would destroy the dog if it attacks again, he asked 'why do you keep walking on this path'.  I live 6 houses away.

Thank you for your consideration.

Regards,

Steve Hudson

SCANNED



**CRAIG ENEVOLDSEN**
Chief of Police

*Service·Justice·Courage*

**POLICE DEPARTMENT**

**BROOKLYN PARK**

5400 85th Ave. N., Brooklyn Park, MN 55443-1898  •  Phone 763-493-8222  •  Fax 763-493-8393

Owner:   Jessica Dressel
         2532 87th Trail
         Brooklyn Park, MN 55443                    Ex 4

Case:    14-027079

Animal:  Breed:     Weimaraner
         Sex:       Female
         Color:     Grey
         Name:      Dixie

The case number listed has been reviewed the designee of the Chief of Police in accordance with §92.25 of the Brooklyn Park City Code.  Your appeal for a change in the status of your animal has been granted.  Your dog will **not** be defined as a "Potentially Dangerous Dog" (MN §347.50), compliance with the City of Brooklyn Park standards for keeping a dog which meets this definition will not be required.

If you have any questions contact:

CSO L. Kimsey
Community Services Coordinator
Brooklyn Park Police Department
5400 85th Ave. N.
Brooklyn Park, MN 55443
763-493-8222

www.brooklynpark.org                            SCANNED

 **Brooklyn Park Police Department**
Summary 

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 02/12/2015 08:50 | Brooklyn Park Police Department | |
| **Login ID:** | lorelei | **ORI Number:** | MN0270300 |
| **Case Number:** | 2015-00000139 | | |

Ex 5

## Case

| | | | |
|---|---|---|---|
| **Case Number:** | 2015-00000139 | **Incident Type:** | Animal-Bite |
| **Location:** | 2624 EDINBROOK TER N | **Occurred From:** | 01/01/2015 21:32 |
| | BROOKLYN PARK, | **Occurred Thru:** | 01/01/2015 21:32 |
| | MN 55443 | | |
| **Reporting Officer ID:** | 6213 - Xiong | **Disposition:** | Case Closed |
| | | **Disposition Date:** | 01/12/2015 |
| | | **Reported Date:** | 01/01/2015 21:32 Thursday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|

## Subjects

| Type | No. Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|
| Mentioned | 1  SCHULZ, JULIE ANN | 2624 EDINBROOK TER N | | White | Female | |
| | | BROOKLYN PARK, MN 55443 | | | | |
| Victim | 1  HUDSON, STEPHEN CHRISTOPHER | 8700 STRATFORD XING N | (763)203-9710 | Black | Male | |
| | | BROOKLYN PARK, MN 55443 | | | | 50 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. Item No. |
|---|---|---|---|---|---|---|

## Vehicles

| No. Role | Vehicle Type | Year Make | Model | Color | License Plate State |
|---|---|---|---|---|---|

## 001-SUMMARY  6213  01/01/15

Animal complaint. Animal bite report.

## 002-ORIGINAL REPORT  6213  01/01/15

On 01/01/15 at 2151 hours I, Cadet Jason Xiong 6213 was dispatched to 8700 Stratford Crossing N for an animal complaint. The text of the call advised that the reporting party was bitten on the foot and would like to meet at his home address.

I arrived on scene at 2156 hours and made contact with the reporting party. I identified him with a Minnesota driver's license as Stephen Christopher Hudson DOB          Hudson stated that he was at Holiday gas station on Edinburgh Center Dr N and 85th Ave N and had left between 2100 to 2115 hours. Hudson advised that he was walking home on the bike path like he usually does. Hudson advised that he had gotten near 2624 Edinbrook Terrace N through the bike path at about 2120 to 2130 hours, and walked past the pine tree and noticed that the dog spotted him and charged down towards him barking in an aggressive manner.

Hudson advised that the dog had gotten 2 to 5 feet from him and was still barking and being aggressive, Hudson stated that he tried to kick the dog, but missed and he fell. Hudson advised that he kicked the dog 2 to 3 times while being on the ground and got bit by the dog on his right foot. Hudson stated that the owner of the dog ran towards them to stop the dog from attacking and took Hudson. Hudson stated that the owner was able to get the dog away. Hudson advised that the owner asked if the dog bit him and he stated that the dog did. Hudson advised that he had gone to the front of the house and got the owners address and went home.

I asked if Hudson needed medical attention, and Hudson advised that he is fine because the dog was not able to bite through his boots. I advised Hudson that I am going to go talk to the owner of the dog, and label the dog potentially dangerous. I gave Hudson the case number and advised that he is able to come and get a copy of the report if he wanted and I cleared from 8700 Stratford Crossing.

I arrived at 2624 Edinbrook Terrace N and made contact with the boyfriend. I asked if he owns a dog, and he stated that his girlfriend does. I asked to make contact with the owner of the dog. The owner was identified as Julie Ann Schulz          . I asked Schulz what had happened tonight and Schulz stated that around 2130 hours her and her son's girlfriend were out smoking and walking on the bike path with her dog name Monte, a lab mix. Schulz advised that Monte was on a leash. Schulz stated that Hudson had walked out past the pine tree at the intersection of the walking path and Monte spotted him and got loose then ran down towards him. Schulz advised that she saw Hudson fall and she ran towards Monte to pull him away but slipped and fell. Schulz stated that she was able to pull Monte away and asked if Hudson was okay or if he had gotten bitten and got no response back from Hudson. Schultz stated that Hudson got up and walked to the front of the house to get the address and went home.

I asked to see Monte and noticed he was friendly and Schulz stated that Monte does not like Hudson and stated that Hudson doesn't also like Monte. I advised Schulz about the City Ordinances of Brooklyn Park 92.01 that states, when unprovoked, chases or approaches a person upon the street, sidewalk or any public or private property other than the dog's owner's property in apparent attitude of attack. I advised Schulz that I am declaring Monte a potentially dangerous dog because it met the definition. I asked if Monte was licensed in the City of Brooklyn Park and Schulz stated that he is. I filled out the potentially dangerous dog registration form and gave Schulz the yellow copy.

I advised Schulz about the requirements, of registration, micro chipping and the annual fee and explained how she could appeal to the declaration.

I also checked our in-house records to see if Monte was registered with the city and I did not find any documents to supports Schulz claim.

This case remains open for further investigation.

I cleared with no further actions.

Cadet J. Xiong 6213 Squad 1595

Case Number: 2015-00000139. ORI: MN0270300.

## 003-SUPPLEMENT 6213 01/07/2015

15-000139
SUPPLEMENT:

On 01/02/15, I, Cadet Jason Xiong 6213 made contact with Julie Ann Schulz the owner of the dog named Monte.

I explained more about the appeal process to her and asked her about the licensing to see if she received a tag number and Schulz stated that she didn't receive a tag number and advised that when she gets home she'll look for it.   I also questioned Schulz if she still had Monte and Schulz stated that her girlfriend came and took him and he is now out of the City of Brooklyn Park.   Schulz advised that she'll give me more information when she gets home.

Still haven't received any feedback from Schulz.

Cadet J. Xiong 6213 Squad 1595

Case Number: 2015-00000139. ORI: MN0270300.

## 004-SUPPLEMENT 6213 01/07/2015

15-000139
SUPPLEMENT:

On 01/07/15 at 1053 hours, I, Cadet Jason Xiong 6213 was able to make contact with Julie Ann Schulz.

Schulz advised that she had tried contacting me and was unable to reach me.    I advised Schulz about the annual fee and asked where Monte is located at.    Schulz advised that Monte is in a town called Wrenshall in Minnesota.    I advised that Monte is not licensed with the city and needs to be and Schulz stated that she already did license him online and is waiting on the tag number.    I asked if Schulz had any other questions regarding the case and she stated no.

I advised her that if she has any questions she can contact me and leave a voice mail and I'll get back to her as soon as possible.

Also check City of Brooklyn Park web site and was unable to find any license that deals with animals besides the directions on how to get one, which has to be in person.    Called Schulz and left a voice mail regarding the direction to license her dog.

Cadet J. Xiong 6213 Squad 1595

## 005-SUPPLEMENT  6213  01/12/15

15-000139
SUPPLEMENT:

On 1/12/15 at 1549 hours I, Cadet Jason Xiong 6213, made contact with Julie Ann Schulz.

She advised that the address for her friend is 763 Cementer Road Wrenshall MN 55797. I advised her that she doesn't have to license the dog anymore since it is out of our city.

Please forward this to the Police Department in Wrenshall Minnesota.

This case can now be closed.

Cadet J. Xiong 6213 Squad 1595

## 006-SUPPLEMENT  6213  01/24/15

15-000139
SUPPLEMENT:

On 01/24/15 at 1230 hours I, Cadet Jason Xiong 6213 was contacted by Stephen Christopher Hudson
DOB              .

Hudson stated he wants the following to be put into the report. Hudson stated that he believes that
Julie Ann Schulz DOB              was inebriated during the time of the attack. Hudson also inserts that
Monte has history of aggressive behavior towards other residents within Schulz neighborhood.

No police records were found for Monte's history of aggressive behavior.

FIELD REPORTED BY: Cadet J. Xiong 6213 Squad 1595
Merging by: kmh/3300



# Brooklyn Park Police Department
## Summary



**Print Date/Time:** 02/12/2015 08:50
**Login ID:** lorelei
**Case Number:** 2015-00000139

Brooklyn Park Police Department
**ORI Number:** MN0270300

**Routing:**

# CITY OF BROOKLYN PARK

**Dangerous/Potentially Dangerous Dog Registration**
**Brooklyn Park Police Department**
5400 85th Avenue North
Brooklyn Park, Minnesota 55443-1898
763-493-8222 Fax: 763-493-8393

☐ **Dangerous Dog**
Annual Fee: $200.00

☑ **Potentially Dangerous Dog**
Annual Fee: $50.00

## Owner Information

139

| | | | |
|---|---|---|---|
| Name of Owner | Juhee Ann Schulz | Case | 15-00089 |
| Street Address | 2624 Edenbrook Ter | Date Notified | 1/1/15 |
| City, State, Zip | Brooklyn Park, MN, 55443 | Driver License/ ID | Minnesota V652-826-544-112 |
| Home Phone | | DOB | |
| Work Phone | | Date of Compliance | 1/15/15 |

## Dog Information

| | | | |
|---|---|---|---|
| Name of Dog | Monte | Age | 8 Years |
| Sex | Male | Breed | Lab Mix |
| Markings | White spot | Color | Black |
| City License | Brooklyn Park | Spay/Neuter | ☑ Yes   ☐ No |

## YOU MUST COMPLY WITHIN 14 DAYS OF NOTIFICATION

☐ Micro Chip

Company: _____

Chip Number: _____

☐ Proper Enclosure

☐ Proof of Insurance

Company: _____

Policy Number: _____

☐ Visible Signs Posted

White – Case File                    Yellow – Dog Owner                    Pink – Animal Control

SCANNED

*15-00139*



# BROOKLYN PARK POLICE DEPARTMENT
## 5400 - 85TH AVENUE NORTH
## BROOKLYN PARK, MN  55443

### PHONE:  (763) 493-8222
### FAX:  (763) 493-8393
### www.brooklynpark.org

*This transmittal consists of*        9        *pages inclusive of this cover letter*
**DATE:**        01/12/15

## FAX COVER SHEET

| TO:  Carlton County Sheriff Dispatch | FROM:        Records |
| --- | --- |
| FOR: Wrenshall, Minnesota | **Brooklyn Park PD** |
| PHONE NUMBER: | PHONE NUMBER: |
| FAX NUMBER: 218-384-9426 | FAX NUMBER: |

## ADDITIONAL COMMENTS:

Forwarding a report regarding an animal complaint (dog bite) from our city.

The new owner of the dog lives at 763 Cementer Road in Wrenshall, Minnesota.

Please forward report to appropriate authority for their information.

Thank you.

SCANNED

Brooklyn Park Police Department
5400 85th Ave North
Brooklyn Park, MN 55443
Phone: 763.493.8222
Fax: 763.493.8393



# Potentially dangerous and dangerous dog appeal form

*(MUST BE SUBMITTED WITHIN 7 DAYS FROM THE DATE OF INCIDENT)*

Case number: 15 - 000139     Date of incident: 1/1/15

Name: Julie Schulz

Address: 2624 Edinbrook Terrace N. Brooklyn Park.

Primary phone number:                        (Cell/Home/Work)

Secondary phone number:                      Cell/Home/Work)

Animal information:

Breed: Black Lab/Boarder Collie     Sex: male     Age: 8

In the space below describe/provide reasons why you feel that your animal should not be declared a potentially dangerous or dangerous dog.

(You may attach extra sheets if needed and any documents you have to defend your case)

At 9:30pm We were walking monte down the bike path. We met Steve (the Victum) at the corner where you cannot see through the pine tree. (where the paths meet) We were all surprised & scared. Monte started barking at Steve, but then Steve kicked monte & fell on his Butt. Monte still barking at Steve, steve tried to kick monte again & thats when Monte I guess bit Steve's boot. So now Monte's in trouble for Making me & my friend aware that there was a stranger & danger! Monte was protecting his master.

*(left margin, vertical)* Actually Steve came out of no where.

SCANNED

Dog's name: _Monte Carlo_

Dog's nickname: _Monte_

Animal ID Number: _____
**FOR OFFICE USE ONLY**

## Household History

**Do you take your dog outside to go to the bathroom?**  ☐ No  ☑ Yes  ☐ Paper trained
*If yes, how many times a day does the dog go out?* _____

**How does this dog let you know it needs to go outside?** _bothers me until I let him out._

**Does your dog have accidents in the house?**  ☑ No  ☐ Yes
*If yes, how often?*  ☐ Daily  ☐ A few times a week  ☐ A few times a month  ☐ A few times a year
*If yes, does your dog:*  ☐ Urinate  ☐ Defecate  ☐ Both

**Is the dog crate trained?**  ☑ Yes  ☐ No
*If yes, how long did the dog spend in the crate each day?* _____

**How long can your dog "hold it"?**
☐ Not at all  ☐ 1-3 hours  ☑ 4-8 hours  ☑ 8-12 hours  ☐ 12+ hours

**How long is your dog left alone, without people?**
☐ Never  ☐ 1-3 hours  ☑ 4-8 hours  ☐ 9-12 hours  ☐ Over 12 hours
*When alone, is your dog:*  ☐ Outdoors  ☑ Free in the house  ☐ Confined to a room  ☐ Crated
☐ Other (please describe) _____
*When left alone does your dog:*  _when he sees a stranger or someone at the door. Good watch dog._
☐ Destroy household items  ☐ Urinate  ☐ Defecate  ☑ Bark  ☐ Cry  ☐ None
*If your dog destroys household items check all that apply:*  ☐ Chews woodwork/walls
☐ Chews windows/doors  ☐ Chews furniture  ☐ Chews clothing/shoes  ☐ Chews toys
☐ Other _____

**When you are home, does your dog?**
☐ Destroy household items  ☐ Urinate  ☐ Defecate  ☑ Bark  ☐ Cry  ☐ No issues
☐ Other _____

**How does your dog react to bathing / handling such as petting or hugging?**
_I am the only one who has given him a bath & he wants to get away from the hose. Loves to be petted_

**Are there areas on the dog's body your dog does NOT like to be touched?**  ☐ Ears  ☑ Mouth
☐ Tail  ☐ Collar  ☐ Rear end  ☑ Paws/ nails  ☐ Can touch dog anywhere
☐ Other _____
*If touched in the above place(s), how does your dog respond?*  ☑ Moves away  _head_  ☐ Shows teeth
☑ Growls  ☐ Snaps  ☐ Bites  ☐ No reaction
☐ Doesn't react negatively when touched anywhere
☐ Other _____

_Only Debbie can cut his nails & I can't do it. doing nails because his blood_

**Is the dog permitted to sit and/or sleep on furniture?**  ☐ Yes  ☑ No  _not really. But every chance he gets he will lay on couch bed & or chairs_

**How does your dog behave in the car?**  ☑ Enjoys  ☐ Afraid  ☐ Resists entering  ☑ Sleeps
☐ Barks  ☐ Vomits  ☐ Urinates/Defecates  ☐ Never tried  ☐ Fine in a crate / restraint

_I mat his nails so he's ok_

**What words does this dog understand?**
☑ Sit  ☑ Stay  ☑ Down  ☐ Off  ☑ Treat/cookie
☑ Come  ☐ Leave it  ☑ Drop  ☑ No  ☐ Doesn't know any commands
☐ Fetch  ☐ Okay  ☑ Heel  ☑ Quiet  ☐ Other _____

Canine Profile

SCANNED

What are the dog's favorite kinds of toys? _ball, feishie, stick_

## Possessive History

| How does your dog react when you or another family member... (check appropriate boxes) | No reaction | Never tried | Allows | Lunges | Shows teeth | Growls | Snaps | Bites | Other (please describe) |
|---|---|---|---|---|---|---|---|---|---|
| ...pet him/her or touch the bowl or food while eating | ✓ | | ✓ | | | | | | |
| ...pet him/her or touch a bone, rawhide, pig's ear or other delicious edible while chewing | | | ✓ | | | ✓ | | | |
| ...pet him/her or touch a stolen food item | | | ✓ | | | | | | |
| ...pet him/her or touch a stolen object (tissue, shoe, sock, etc.) | | | ✓ | | | | | | |
| ...pet him/her or touch a toy in his/her mouth | | | ✓ | | | | | | |
| ...pet him/her or move him/her while sleeping | ✓ | | ✓ | | | | | | |
| ....push or pull him/her off of furniture | | | ✓ | | | | | | |
| ....approach him/her while next to another family member | | | | | | | | | |

## Medical History and Behavior towards the Veterinarian

Has your dog ever had surgery?   ☐ Yes   ☑ No   ☐ Unknown
If yes, please explain: _____

How does your dog behave during visits to the vet? _Excited at first_

Does your dog have to be muzzled at the vet?   ☑ No   ☐ Yes

Is there anything else we should know about your dog's medical history? _no_

## Behavior History

Is there anything you want a new family to know about your dog's interaction with:
Men _lick_ 😊
Women _lick lick_
Children _licks them waging his tail_
Dogs _plays č some & aggressive toward male dogs_
Cats _chase_
Other _____

Please tell us about your dog's "bad habits" or fears (chewing shoes, jumping on counters or people, hiding during thunderstorms etc): _Barking at strangers when the door bell rings. He likes to lick everyone_

Are there any wonderful, special traits or habits that you would like his/her new family to know about? _he Rolls over, fetches the ball & brings it back to you. He is a happy dog almost all the time. He loves the woods_

SCANNED

# Documents that *__MUST__* be turned into the Brooklyn Park Police Department within 14 of notification

1. Company name and number of Micro Chip. (92.25. Subd. C.) page 1

2. Proof that the animal has been licensed in the City of Brooklyn Park. (92.25 Subd. A.) page 1

3. Proof that the animal has been spayed or neutered. (92.25.Subd. D) page 1

4. Proof that the animal has been registered with the City of Brooklyn Park as a potentially dangerous dog and all fees have been paid.(92.25 Subd. A) page 1

**An envelope has been provided for you to hand deliver to the Brooklyn Park Police Department.**

SCANNED



# Global Subject Activity Report

## Rap Sheet



| | | | |
|---|---|---|---|
| **Print Date/Time:** | 03/04/2015 08:57 | Ex 6 | Brooklyn Park Police Department |
| **Login ID:** | lorelei | | **ORI Number:** MN0270300 |

**HUDSON, STEPHEN CHRISTOPHER**                     Jacket:  6927 A

| | | | | |
|---|---|---|---|---|
| Address: | 8700 STRATFORD XING N | | **Sex:** | Male |
| | BROOKLYN PARK | | **Height:** | |
| | | MN  55443 | **Weight:** | |
| **Phone #:** | (763)203-9710 | | **Eyes:** | |
| **DOB:** | | | **Hair:** | |
| **Race:** | Black | | **DL#:** | |
| **DL State:** | | | | |

**Activity:**

**Type: Arrest**

| Date | Reference | Description | ORI |
|---|---|---|---|
| 05/14/2004 | 04-024759-01 | Arrest Type : Summoned, Notify, or Cited | MN0270300 |
| | | Charge(s): | |
| | | 609-224-1-2~A5356,ASLT 5-MS-INFL OR ATTMPT HRM-HANDS-CHLD ST | |
| 02/14/2006 | 06-004467-01 | Arrest Type : Arrested | MN0270300 |
| | | Charge(s): | |
| | | 518B-01-14-B~N3370,MS-VIOL ORDER FOR PROTECTION | |
| 05/11/2006 | 06-020554-01 | Arrest Type : Arrested | MN0270300 |
| | | Charge(s): | |
| | | 518B-01-14-B~N3370,MS-VIOL ORDER FOR PROTECTION | |
| 07/01/2008 | 08-034790-01 | Arrest Type : Arrested | MN0270300 |
| | | Charge(s): | |
| | | 609-2242-1~AL354,DOM ASLT-MS-INFLT BODILY HARM-HANDS-CH-FAM | |

**Type: Case**

| Date | Reference | Description | ORI |
|---|---|---|---|
| 03/29/1999 | 1999-00011112 | Subject Type : Reporting Party, Incident Type : Miscellaneous Assist, Incident Type: Miscellaneous Assist | MN0270300 |
| | | Charge(s): | |
| 04/22/2002 | 2002-00016421 | Subject Type : Complainant, Incident Type : Lost/Found Property, Incident Type: Lost/Found Property | MN0270300 |
| | | Charge(s): | |
| 06/14/2002 | 2002-00024968 | Subject Type : Other, Incident Type : Verbal Dispute Civil | MN0270300 |
| | | Charge(s): | |
| 08/06/2002 | 2002-00033756 | Subject Type : Complainant, Incident Type : Alarms/Non-Chargeable | MN0270300 |
| | | Charge(s): | |
| 10/03/2003 | 2003-00049826 | Subject Type : Complainant, Incident Type : Miscellaneous Assist | MN0270300 |
| | | Charge(s): | |



# Global Subject Activity Report

## Rap Sheet



| | |
|---|---|
| **Print Date/Time:** 03/04/2015 08:57 | Brooklyn Park Police Department |
| **Login ID:** lorelei | **ORI Number:** MN0270300 |

| Date | Case Number | Details | ORI |
|------|-------------|---------|-----|
| 05/14/2004 | 2004-00024759 | Subject Type : Suspect, Incident Type : Assault, Incident Type: Assault<br>Charge(s): | MN0270300 |
| 05/27/2004 | 2004-00027226 | Subject Type : Complainant, Incident Type : Miscellaneous Assist<br>Charge(s): | MN0270300 |
| 05/31/2005 | 2005-00027216 | Subject Type : Reporting Party, Incident Type : Miscellaneous Assist, Incident Type: Miscellaneous Assist<br>Charge(s): | MN0270300 |
| 12/10/2005 | 2005-00063130 | Subject Type : Other, Incident Type : Domestic Verbal Disputes, Incident Type: Domestic Verbal Disputes<br>Charge(s): | MN0270300 |
| 01/27/2006 | 2006-00004467 | Subject Type : Suspect, Incident Type : Order for Protection Violation, Incident Type: Order for Protection Violation<br>Charge(s): | MN0270300 |
| 02/06/2006 | 2006-00006076 | Subject Type : Suspect, Incident Type : Order for Protection Violation, Incident Type: Order for Protection Violation<br>Charge(s): | MN0270300 |
| 02/09/2006 | 2006-00006489 | Subject Type : Complainant, Incident Type : Order for Protection, Incident Type: Order for Protection<br>Charge(s): | MN0270300 |
| 03/27/2006 | 2006-00014848 | Subject Type : Other, Incident Type : Order for Protection Violation, Incident Type: Order for Protection Violation<br>Charge(s): | MN0270300 |
| 04/26/2006 | 2006-00020554 | Subject Type : Suspect, Incident Type : Order for Protection Violation, Incident Type: Order for Protection Violation<br>Charge(s): | MN0270300 |
| 04/28/2006 | 2006-00020963 | Subject Type : Suspect, Incident Type : Warrant Arrest/Attempt to Arrest, Incident Type: Warrant Arrest/Attempt to Arrest<br>Charge(s): | MN0270300 |
| 09/03/2006 | 2006-00046632 | Subject Type : Complainant, Incident Type : Miscellaneous Assist, Incident Type: Miscellaneous Assist<br>Charge(s): | MN0270300 |



# Global Subject Activity Report

## Rap Sheet



| | | | | Brooklyn Park Police Department |
|---|---|---|---|---|

Print Date/Time: 03/04/2015 08:57
Login ID: lorelei

Brooklyn Park Police Department
ORI Number:   MN0270300

| | | | | |
|---|---|---|---|---|
| | 12/27/2006 | 2006-00066245 | Subject Type : Other, Incident Type : Assault-Domestic/Misd & GM, Incident Type: Assault-Domestic/Misd & GM<br>Charge(s): | MN0270300 |
| | 02/24/2007 | 2007-00008706 | Subject Type : Other, Incident Type : Suspicious Activity, Incident Type: Suspicious Activity<br>Charge(s): | MN0270300 |
| | 06/14/2007 | 2007-00028376 | Subject Type : Complainant, Incident Type : Child Custody Disputes, Incident Type: Child Custody Disputes<br>Charge(s): | MN0270300 |
| | 02/06/2008 | 2008-00006546 | Subject Type : Complainant, Incident Type : Assault-Domestic/Misd & GM, Incident Type: Assault-Domestic/Misd & GM<br>Charge(s): | MN0270300 |
| | 02/11/2008 | 2008-00007325 | Subject Type : Suspect, Incident Type : Disturb Peace/Privacy/Comm, Incident Type: Disturb Peace/Privacy/Comm<br>Charge(s): | MN0270300 |
| | 02/19/2008 | 2008-00008833 | Subject Type : Suspect, Incident Type : Order for Protection Violation, Incident Type: Order for Protection Violation<br>Charge(s): | MN0270300 |
| | 04/27/2008 | 2008-00021069 | Subject Type : Other, Incident Type : Verbal Dispute Civil, Incident Type: Verbal Dispute Civil<br>Charge(s): | MN0270300 |
| | 04/30/2008 | 2008-00021535 | Subject Type : Other, Incident Type : Assault, Incident Type: Assault<br>Charge(s): | MN0270300 |
| | 07/01/2008 | 2008-00034790 | Subject Type : Suspect, Incident Type : Assault-Domestic/Misd & GM, Incident Type: Assault-Domestic/Misd & GM<br>Charge(s): | MN0270300 |
| | 07/08/2008 | 2008-00036389 | Subject Type : Complainant, Incident Type : Domestic Verbal Disputes, Incident Type: Domestic Verbal Disputes<br>Charge(s): | MN0270300 |
| | 07/20/2008 | 2008-00039525 | Subject Type : Suspect, Incident Type : Verbal Dispute Civil, Incident Type: Verbal Dispute Civil<br>Charge(s): | MN0270300 |




# Global Subject Activity Report

## Rap Sheet

**Print Date/Time:** 03/04/2015 08:57  
**Login ID:** lorelei

Brooklyn Park Police Department  
**ORI Number:** MN0270300

| Date | Case Number | Details | ORI |
|---|---|---|---|
| 07/22/2008 | 2008-00039935 | Subject Type : Other, Incident Type : Verbal Dispute Civil, Incident Type: Verbal Dispute Civil Charge(s): | MN0270300 |
| 12/03/2008 | 2008-00069283 | Subject Type : Reporting Party, Incident Type : Domestic Verbal Disputes, Incident Type: Domestic Verbal Disputes Charge(s): | MN0270300 |
| 02/03/2009 | 2009-00007161 | Subject Type : Other, Incident Type : Weapons/Explosives, Incident Type: Weapons/Explosives Charge(s): | MN0270300 |
| 02/13/2009 | 2009-00009967 | Subject Type : Other, Incident Type : Stolen Prop/Receiv/Conceal/Poss, Incident Type: Stolen Prop/Receiv/Conceal/Poss Charge(s): | MN0270300 |
| 02/21/2009 | 2009-00010869 | Subject Type : Complainant, Incident Type : Domestic Verbal Disputes, Incident Type: Domestic Verbal Disputes Charge(s): | MN0270300 |
| 03/29/2009 | 2009-00018761 | Subject Type : Reporting Party, Incident Type : Domestic Verbal Disputes, Incident Type: Domestic Verbal Disputes Charge(s): | MN0270300 |
| 08/16/2009 | 2009-00050252 | Subject Type : Complainant, Incident Type : Verbal Dispute Civil, Incident Type: Verbal Dispute Civil Charge(s): | MN0270300 |
| 11/26/2009 | 2009-00073108 | Subject Type : Reporting Party, Incident Type : Domestic Verbal Disputes, Incident Type: Domestic Verbal Disputes Charge(s): | MN0270300 |
| 01/29/2011 | 2011-00005765 | Subject Type : Father, Incident Type : Domestic Verbal Disputes, Incident Type: Domestic Verbal Disputes Charge(s): | MN0270300 |
| 02/27/2011 | 2011-00011580 | Subject Type : Mentioned, Incident Type : Drugs, Incident Type: Drugs Charge(s): | MN0270300 |
| 11/24/2011 | 2011-00066353 | Subject Type : Owner of Property, Incident Type : Suspicious Activity, Incident Type: Suspicious Activity Charge(s): | MN0270300 |



# Global Subject Activity Report

## Rap Sheet



| Print Date/Time: | 03/04/2015 08:57 | | Brooklyn Park Police Department |
|---|---|---|---|
| Login ID: | lorelei | | ORI Number:   MN0270300 |

| | | | |
|---|---|---|---|
| | 11/20/2012 | 2012-00062896 | Subject Type : Mentioned, Incident   MN0270300<br>Type : Miscellaneous Assist,<br>Incident Type: Miscellaneous<br>Assist<br>Charge(s): |
| | 05/04/2013 | 2013-00022121 | Subject Type : Complainant,   MN0270300<br>Incident Type : Verbal Dispute<br>Civil, Incident Type: Verbal Dispute<br>Civil<br>Charge(s): |
| | 06/06/2014 | 2014-00027079 | Subject Type: Reporting Party,   MN0270300<br>Incident Type: Animal-Complaints<br>Charge(s): |
| | 06/11/2014 | 2014-00028062 | Subject Type: Suspect, Incident   MN0270300<br>Type: Verbal Dispute Civil<br>Charge(s): |
| | 01/01/2015 | 2015-00000139 | Subject Type: Victim, Incident   MN0270300<br>Type: Animal-Bite<br>Charge(s): |

**Total Activity :47**

#6

## Lorelei Meyer

| | |
|---|---|
| **From:** | Gate Keepers <stevehudson2009@live.com> |
| **Sent:** | Sunday, December 07, 2014 1:54 PM |
| **To:** | Lorelei Meyer |
| **Subject:** | RE: BPPD Record Retention Practices |

Thank you.  We'll be in touch.                    Ex 7

Steve Hudson

---

From: Lorelei.Meyer@brooklynpark.org
To: stevehudson2009@live.com
Subject: RE: BPPD Record Retention Practices
Date: Fri, 5 Dec 2014 22:48:32 +0000

Hello Mr. Hudson,

Just to clarify, the information that we have in our records system is not considered your official criminal history
record.  If you are looking to update your criminal history record in any way, you would need to contact the Bureau of
Criminal Apprehension (https://dps.mn.gov/divisions/bca/Pages/default.aspx).

We are unable to update or change any of the information that resides in our records system, nor can we correct any of
the data that exists on an individual.  If you wish to add an addendum to any of the incidents that reside in our system
you could provide a statement, but it would need to be associated to a particular incident within our system.

Thank you.

**Lorelei Meyer**
Support Services Manager
Brooklyn Park Police Department
5400 85th Ave N
Brooklyn Park, MN 55443
763-493-8205 | lorelei.meyer@brooklynpark.org

From: Gate Keepers [mailto:stevehudson2009@live.com]
**Sent:** Friday, December 05, 2014 4:15 PM
**To:** Lorelei Meyer
**Subject:** RE: BPPD Record Retention Practices

Ms. Meyer:
I have an additional statement.

13.82 Subd. 6 is specically addressing the right for the public to have access to police report information,
regarding the 'agency's' response to a request for service (a police report).  IT DOES NOT provide the agency

1

authority to make any of the incident details part of any of the witnesses, suspects or other incident participant's personal public record, UNLESS, the individual was cited, arrested, incarcerated or otherwise substantially deprived of liberty.

I am again requesting a process to correct my public record.

Thank you for your assistance.

Steve Hudson


From: Lorelei.Meyer@brooklynpark.org
To: stevehudson2009@live.com
Subject: RE: BPPD Record Retention Practices
Date: Fri, 5 Dec 2014 21:35:04 +0000
Mr. Hudson,

In response to your email:

**13.03 ACCESS TO GOVERNMENT DATA.**
Subdivision 1.**Public data.**
All government data collected, created, received, maintained or disseminated by a government entity shall be public unless classified by statute, or temporary classification pursuant to section 13.06, or federal law, as nonpublic or protected nonpublic, or with respect to data on individuals, as private or confidential. The responsible authority in every government entity shall keep records containing government data in such an arrangement and condition as to make them easily accessible for convenient use. Photographic, photostatic, microphotographic, or microfilmed records shall be considered as accessible for convenient use regardless of the size of such records.

Also, regarding your email, I think you might be referring to 13.82 Comprehensive Law Enforcement Data which specifically subdivision 6 refers to Response or Incident data which is public.  See statute below:

13.82 subd 6. The following data created or collected by law enforcement agencies which document the agency's response to a request for service including, but not limited to, responses to traffic accidents, or which describe actions taken by the agency on its own initiative shall be public government data:
    (a) date, time and place of the action;
    (b) agencies, units of agencies and individual agency personnel participating in the action unless the identities of agency personnel qualify for protection under subdivision 17;
    (c) any resistance encountered by the agency;
    (d) any pursuit engaged in by the agency;
    (e) whether any weapons were used by the agency or other individuals;
    (f) a brief factual reconstruction of events associated with the action;
    (g) names and addresses of witnesses to the agency action or the incident unless the identity of any witness qualifies for protection under subdivision 17;
    (h) names and addresses of any victims or casualties unless the identities of those individuals qualify for protection under subdivision 17;
    (i) the name and location of the health care facility to which victims or casualties were taken;
    (j) response or incident report number;
    (k) dates of birth of the parties involved in a traffic accident;
    (l) whether the parties involved were wearing seat belts; and
    (m) the alcohol concentration of each driver.

Please contact me if you have additional questions.

**Lorelei Meyer**
Support Services Manager
Brooklyn Park Police Department
5400 85th Ave N
Brooklyn Park, MN 55443
763-493-8205 | lorelei.meyer@brooklynpark.org

---

**From:** Gate Keepers [mailto:stevehudson2009@live.com]
**Sent:** Friday, December 05, 2014 3:03 PM
**To:** Lorelei Meyer
**Subject:** BPPD Record Retention Practices

Hello-
My name is Steve Hudson. I've lived at 8700 Stratford Crossing (in BP) for the past 18 years. In 2005 I went through a contentious divorce where my ex-spouse made several fraudulant OFP violation claims against me. None were upheld. I was interested in how much of this activity was a part of my public record, so I reviewed my record summary (recieved a copy from BPPD support services on 85th ave.) When I reviewed the summary I was surprised to see so much activity. Apparently, 'any interaction BPPD had with anyone that even mentioned my name, was included as a part of my formal public record'.

This practice is not consistent with Minnesota Data Practices Act - MN. Statute 13..83 Subd. 2. Under the statute only my personal interactions with BPPD, which resulted in my being cited, arrested, incarcerated or otherwise substantially deprived of liberty should be public at all times.

Can you suggest a process where I can request my public record corrected?

Thank you.
Steve Hudson

**Dog Bites From 01-01-2010 to 2-02/1/2015**

| Total Bites | Dogs Located | | | | | |
|---|---|---|---|---|---|---|
| 152 | 136 | | Ex 8 | | | |

**Racial Demographic of all Dog Owners**

| White | Black | Asian | Hispanic | Unknown | Other | Total |
|---|---|---|---|---|---|---|
| 77 | 26 | 10 | 3 | 19 | 1 | 136 |

**Potentially Dangerous Dogs**
57

**Racial Demographic of Potentially Dangerous Dog Owners**

| White | Black | Asian | Hispanic | Unknown | Other | Total |
|---|---|---|---|---|---|---|
| 32 | 13 | 4 | 1 | 6 | 1 | 57 |

**Appeals Filed**
20

**Racial Demographic of Appealing Dog Owners**

| White | Black | Asian | Hispanic | Unknown | Other | Total |
|---|---|---|---|---|---|---|
| 10 | 5 | 3 | 0 | 2 | 0 | 20 |

**Appeals Denied**
18

**Racial Demographic of Appeals Denied**

| White | Black | Asian | Hispanic | Unknown | Other | Total |
|---|---|---|---|---|---|---|
| 8 | 5 | 3 | 0 | 2 | 0 | 18 |

**Racial Demographic of Appeals Granted**

| White | Black | Asian | Hispanic | Unknown | Other | Total |
|---|---|---|---|---|---|---|
| 2 | 0 | 0 | 0 | 0 | 0 | 2 |



# Brooklyn Park Police Department
## Detail



**Print Date/Time:** 09/14/2015 11:24
**Login ID:** toddm
**Case Number:** 2015-00042248

Ex 9

**ORI Number:**

Brooklyn Park Police Department
MN0270300

## Case Details:

| | | | |
|---|---|---|---|
| **Case Number:** | 2015-00042248 | **Incident Type:** | Assault |
| **Location:** | 2532 87TH TRL N | **Occured From:** | 09/11/2015 17:06 |
| | BROOKLYN PARK,MN 55443 | **Occured Thru:** | 09/11/2015 17:08 |
| | | **Reported Date:** | 09/11/2015 17:06 Friday |
| **Reporting Officer ID:** | 117-Halek | **Status:** Open/Pending | **Status Date:** 09/12/2015 |

## Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|

| Associated Cases | Status | Assisting ORIs | Role |
|---|---|---|---|

| Modus Operandi | Solvability Factors | Weight |
|---|---|---|
| | | Total: |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Suspect | 1 | HUDSON, STEPHEN CHRISTOPHER | 8700 STRATFORD XING N BROOKLYN PARK,MN 55443 | (763)203-9710 | Black | Male | 51 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

Case Number: 2015-00042248. ORI: MN0270300.

## 001-SUMMARY  117  09/11/15

**Threat report.  There are no charges at this time.**

Case Number: 2015-00042248. ORI: MN0270300.

## 002-ORIGINAL REPORT  117  09/11/15

PRELIMINARY INFORMATION:

On September 11, 2015, at 1708 hours, I, Officer J. Halek, Badge 117, responded to 2532 87th Trail North for a threat report. I was advised to speak with the reporting party, Jessica Dressel.

OFFICER'S OBSERVATIONS AND ACTIONS:

I spoke to Jessica Dressel who stated the following:

- She was at her neighbor's house, 2524 87th Trail, sitting on their front porch with the neighbor Lori Lehman.

- Her dog Dixie, a 2-1/2-year-old, and the neighbor's dog were in the front yard playing.

- A male that they know who lives down the street by the name of Stephen Hudson was walking eastbound on 87th Trail on the south side of the road.

- When the dogs saw Mr. Hudson they both began barking and started going toward him.

- She immediately called Dixie back and she came to her and Mr. Hudson stated, "I'm going to shoot that dog, go tell your husband, I'm going to shoot that dog."

- She stated that she and Lori were scared and she went home and told her husband who advised that they should call the police.

- She advised that they have had a previous incident where her dog barked at the male while he was walking on the path.

- She stated that the male wanted her dog classified as a dangerous dog.

It should be noted that when I walked up their driveway to take the call, the dog did bark while I was walking up toward the door and as soon as I entered the residence the dog was fine and came up to me and began sniffing me. The dog made no aggressive actions toward me and the dog was off lead inside the house while I was taking the report.

They advised that they have also installed invisible fencing and that the dog listens when off lead. Jessica Dressel stated that when the dog barked at Mr. Hudson she immediately called the dog back when she saw him and Dixie came to her. While I was inside the house the dog did not appear to be an aggressive dog.

I went next door to speak with Lori Lehman about the incident. She described the incident the same way that Jessica Dressel did. I went down and spoke with Stephen Hudson who stated the following:

- He was walking eastbound on 87th Trail.

- The dog was not in its own yard, it was in the neighbor's yard.

- The dogs did bark at him and he believes this means that they are an aggressive dog.

Case Number: 2015-00042248. ORI: MN0270300.

- As soon as they call the dog, the dog turned around and came immediately to them.

- He is not happy with the City of Brooklyn Park as at least on four occasions he has tried to get this dog to be classified as dangerous.

- He also advised that he was going to attempt to get his permit to carry to defend himself against this dog.

I advised Mr. Hudson that he should be very cautious about making threats to shoot anything. I also advised him that if he walks trails a lot that he should look into some type of pepper spray to protect himself from any dogs. He advised that he was going to come to our office and make a complaint the following day. I advised him that I would make a report about this incident.

I returned to the Dressel residence and advised them that I spoke with Mr. Hudson about the incident. Again, as I approached the house and knocked, the dog did bark and I was advised that I could come in. The dog did not make any aggressive actions toward me and did not bark any further. I advised Dressel's that a report would be done about this incident.

DISPOSITION:

Threat report. For information only at this time.

DICTATED BY: Officer J. Halek, Badge 117, Squad 1605
Transcribed by: pr 3840




# Brooklyn Park Police Department
## Detail

**Print Date/Time:** 09/14/2015 11:24
**Login ID:** toddm
**Case Number:** 2015-00042248

**ORI Number:**

Brooklyn Park Police Department
MN0270300