UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Stephen C. Hudson, Sr.,                              Civil No. 15-cv-0420 (PJS/TNL)

        Plaintiff,

v.                                              **ORDER**

The City of Brooklyn Park and
Brooklyn Park Police Department,

        Defendants.

---

Stephen C. Hudson, Sr., 8700 Stratford Crossing, Brooklyn Park, MN 55443 (*pro se* Plaintiff);

Jana M. O'Leary Sullivan, League of Minnesota Cities, 145 University Avenue West, St. Paul, MN 55103 (for Defendants).

---

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 8, 2016 (ECF No. 93), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 73) is **GRANTED.**

2. Defendants' Motion for Contempt of Court (ECF No. 67) is **GRANTED IN PART and DENIED IN PART**, as set forth in the Report and Recommendation.

3. Plaintiff's Procedural Default Judgment Demand (ECF No. 83), and Second Demand for the Court to Grant Plaintiff Procedural Default Judgment (ECF No. 90) are **DENIED.**

4. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  February 2, 2016            <u>s/Patrick J. Schiltz</u>
                                               The Honorable Patrick J. Schiltz
                                               United States District Court Judge
                                               for the District of Minnesota